No. 03–9871. CUONG LE *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9887. PEREA *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9889. MITCHELL *v.* DEPARTMENT OF COMMERCE. C. A. 6th Cir. Certiorari denied.

No. 03–9899. MOORE *v.* SCHUETZLE, WARDEN. Sup. Ct. N. D. Certiorari denied.

No. 03–9906. JONES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–9923. SINISTERRA *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 03–9936. WARREN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–9951. SCALES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9952. HIGHTOWER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9957. MINES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9958. SCRUGGS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9965. TUCKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9966. TOLIVER *v.* UNITED STATES; and
No. 03–9971. PATTERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9973. TAYLOR ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.